IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CRIMINAL ACTION |
| | : | NO. 06-710-02 |
| v. | : | |
| | : | |
| Christopher Young. | : | |
| | : | |

**ORDER**

**AND NOW,** this **21st** day of **August, 2020,** after considering Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 286) and the government's response (ECF No. 289), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　 */s/ Eduardo C. Robreno*
　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**